

PLEASE REPLY TO:
LONG ISLAND OFFICE
53 GIBSON STREET
BAY SHORE, NY 11706
Tel: (631) 969-3100

June 18, 2018

Hon. Chief Judge Cecelia G. Morris
United States Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, NY  12601

Re:    Lamberti, Michael and Dana
       Case No.:17-35525-cgm
       Our File No.: 01-084481-B00

Dear Chief Judge Morris:

This firm represents Selene Finance LP as servicer for NJCC-NYS CRF REO Subsidiary LLC ("Selene"), a secured creditor regarding the above-referenced loss mitigation matter.  An Order amending/correcting the Loss Mitigation parties was entered on April 11 2018 confirming Selene Finance as LP as servicer for NJCC-NYS CRF REO Subsidiary LLC.

A complete financial package has still not yet been provided with respect to loss mitigation on this file.  Upon information and belief, on around December 5, 2018 Selene provided Debtors' counsel a missing document request letter which I forwarded again in January 2018 and discussed with Debtors' counsel several times since.  I have most recently sent a blank package on May 25, 2018.

Earlier today Debtor's counsel reached out and advised that his clients should have a complete package by the July loss mitigation date.  In light of the time my client has been waiting for initially missing documents and then a complete new package, I respectfully request loss mitigation be terminated without prejudice to Debtor reapplying at a future date when they have the required financial package available.  Alternatively, I would request a firm deadline for a complete package to be provided and in the absence of same, that Selene be permitted to submit an Order Terminating Loss Mitigation.

Pursuant to the Court's standing request, I am advising that the assigned specialist on this file is Renard Foxworth at Selene who can be reached at (877) 768-3759.   Please do not hesitate to contact me with any questions or concerns.

Very truly yours,
Frenkel Lambert Weiss Weisman & Gordon, LLP

BY:  ____/s/ Michelle C.  Marans_____
        Michelle C. Marans, Esq.


cc:    William Frame, Esq. (via ecf)
       Krista M. Preuss, Esq., Trustee (via ecf)

NYC Office:
One Whitehall Street, 20th Floor
New York, NY 10004
Tel: (212) 344-3100

WWW.FLWLAW.COM

NJ Office:
80 Main Street
West Orange, NJ 07052
Tel: (973) 325-8800